Commonwealth *v.* Garvey, Appellant.

Submitted March 16, 1970. *Bruce S. Miller,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Jerry B. Chariton,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Gilmore, Appellant.

Argued March 19, 1970. *Geoffrey A. Wilson,* Assistant Defender, with him *Thomas D. Watkins* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Joel S. Moldovsky,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.